*In re* PARA AÑADIR UN ARTÍCULO XVII (PANELES DE JURADO PARA CASOS DE EMERGENCIA), RENUMERAR LOS ARTÍCULOS XVII, XVIII Y XIX COMO ARTÍCULOS XVIII, XIX Y XX, RESPECTIVAMENTE, DEL REGLAMENTO PARA DELINEAR LAS FUNCIONES DEL NEGOCIADO PARA LA ADMINISTRACIÓN DEL SERVICIO DE JURADO, Y DISPONER LOS PROCEDIMIENTOS PARA LA SELECCIÓN DE JURADOS.

*Número:* ER-2004-8          *Resuelto:* 30 de junio de 2004

## RESOLUCIÓN

Al establecer el proceso para emitir la lista del panel o paneles de jurados en situaciones de emergencia, surge la necesidad de consignar en el Reglamento para Delinear las Funciones del Negociado para la Administración del Servicio de Jurado y Disponer los Procedimientos para la Selección de Jurados, cómo se certificará dicho panel o paneles de jurados.

Por tal razón, se añade un nuevo Art. XVII, sobre Paneles de Jurado para Casos de Emergencia. También se renumeran los Arts. XVII, XVIII y XIX vigentes como Arts. XVIII, XIX y XX, respectivamente, para que dispongan:

*Artículo XVII-Paneles de jurados para casos de emergencia*
A.   Cuando ocurran situaciones de emergencia tales como actos de la naturaleza, fuegos, interrupciones en el servicio de energía eléctrica, desperfectos en las computadoras y otros similares, se emitirá el panel o paneles de jurados de la manera siguiente:
1.   Al ocurrir alguna situación de emergencia, el Director o Directora del Negociado certificará la imposibilidad de emitir las listas de los paneles de jurados según establece el presente reglamento.
2.   Las salas de las Regiones Judiciales tomarán en consideración dicha situación de emergencia y llevarán a cabo un sorteo manual según dispone el procedimiento para situaciones de emergencia aprobado por el Director Administrativo o la Directora Administrativa de los Tribunales.

3.   El sorteo manual de los jurados potenciales se llevará a cabo en presencia del Juez Administrador o la Jueza Administradora de la Región Judicial particular, del Juez designado o la Jueza designada para asuntos de jurados, o del Juez o de la Jueza quien preside el proceso para el cual se solicitaron los paneles de jurados y de las partes.

4.   El Juez Administrador o la Jueza Administradora de la Región particular, el Juez designado o la Jueza designada para asuntos de jurados o el Juez o la Jueza quien preside el proceso para el cual se solicitaron los paneles de jurados, certificará que el proceso se llevó a cabo en conformidad con el procedimiento vigente. Las partes también firmarán la certificación como testigos del proceso.

*Artículo XVIII—Recusación parcial o total del registro matriz*

. . . . . . . .

*Artículo XIX—Revisión judicial*

. . . . . . .

*Artículo XX–Vigencia*

. . . . . . . .

Esta Resolución entrará en vigor el 30 de junio de 2004.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

(*Fdo.*) Patricia Otón Olivieri
*Secretaria del Tribunal Supremo*